John J. GRAHAM, applt., v. Howard A. GRAHAM, sued with Emmett D. Graham and others, respt. (Supreme Court, Appellate Divi-

sion, Third Department. May 3, 1916.) Judgment unanimously affirmed with costs.